# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
*Dallas Division*

David Fewins and Melissa Fewins, Individually
Plaintiff

v.

CHS/Community Health Systems, Inc. dba Lak
Defendant

3:14-cv-898
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

David Fewins and Melissa Fewins

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

Melissa Fewins, David Fewins, Randall D. Moore, The Law Office of Randall D. Moore, PLLC,

CHS/Community Health Systems, Inc., Lake Granbury Medical Center, Scott Jones, M.D, Questcare Medical Services, P.A., Western Litigation, G & S Claim Services

|  |  |
|---|---|
| Date: | March 11, 2014 |
| Signature: | |
| Print Name: | Randall D. Moore |
| Bar Number: | 14362275 |
| Address: | 1301 Ballinger Street |
| City, State, Zip: | Fort Worth, Texas 76102 |
| Telephone: | 817-348-9339 |
| Fax: | 817-348-9342 |
| E-Mail: | rmoore13@att.net |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons