# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Dallas Division*

David Fewins and Melissa Fewins, Individually

Plaintiff

v.

Scott Jones, M.D., Questcare Medical Services,

Defendant

3:14-CV-0898-M

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Granbury Hospital Corporation d/b/a Lake Granbury Medical Center

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***
Granbury Hospital Corporation d/b/a Lake Granbury Medical Center (the "Hospital") is a privately-held Texas corporation. Community Health Investment Company, LLC, a privately-held limited liability company, holds all of the corporate stock of the Hospital. Community Health Systems, Inc. ("CHSI"), a publicly-traded holding company with no employees and a principal place of business in Franklin, Tennessee, is an indirect parent company of the Hospital. There are two separate entities in the ownership chain between CHSI and the Hospital.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Community Insurance Group SPC, LTD. is the professional liability insurer for Granbury Hospital Corporation d/b/a Lake Granbury Medical Center.

| | |
|---|---|
| Date: | May 12, 2014 |
| Signature: | /s/ Ty Bailey |
| Print Name: | Ty Bailey |
| Bar Number: | 00796153 |
| Address: | 1445 Ross Avenue, Suite 4800 |
| City, State, Zip: | Dallas, Texas 75202 |
| Telephone: | 214.954.2200 |
| Fax: | 214.754.0999 |
| E-Mail: | tbailey@trtblaw.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons